COA # 08-12-00296-CR     OFFENSE: 1.01

STYLE: Jose Santos Escobedo v. The State of Texas     COUNTY: Wichita

COA DISPOSITION: AFFIRM     TRIAL COURT: 78th District Court

DATE: 10/17/14     Publish: NO     TC CASE #: 52,494-B

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Jose Santos Escobedo v. The State of Texas     CCA #: _____

_____ APPELLANT'S _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____ REFUSED _____     JUDGE: _____

DATE: 03/04/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____